IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CT-3070-FL

JUDAH N. HA,                          )
                                      )
                Plaintiff,            )
                                      )
        v.                            )          ORDER
                                      )
JAMESE SMITH, et al.,                 )
                                      )
                Defendants.           )

Plaintiff, a state inmate, filed this action pursuant to 42 U.S.C. § 1983. The matter is before the court for frivolity review pursuant to 28 U.S.C. § 1915. The matter also is before the court on plaintiff's motion to compel discovery (DE # 4). These matters are ripe for adjudication.

Section 1915 provides that courts shall review complaints in which prisoners seek relief from a governmental entity or officer, and dismiss such complaints when they are "frivolous." 28 U.S.C. § 1915(e)(2)(B)(i). It does not clearly appear from the face of the complaint that plaintiff is not entitled to relief, thus the matter is ALLOWED to proceed.

The court now turns to plaintiff's motion to compel discovery. The court generally does not intervene in the initial requests for discovery materials. Rather, it is the responsibility of the party seeking discovery to serve his request on the party from whom discovery is sought. In this case, defendants have not been served with plaintiff's complaint. Therefore, plaintiff's motion to compel is DENIED as premature.

In sum, plaintiff's action is ALLOWED to proceed. Accordingly, the Clerk of Court is DIRECTED to issue a separate order of investigation. Plaintiff's motion to compel discovery (DE # 4) is DENIED as premature.

SO ORDERED, this the 27 day of July, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge

2